UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY JACKSON,<br><br>　　　　　　　Petitioner,<br><br>　　　v.<br><br>M. FREGOSO, Warden,<br><br>　　　　　　　Respondent. | Case No. 2:19-cv-01873-MWF (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition ("SAP"), the relevant records on file, and the Amended Report and Recommendation of the United States Magistrate Judge. No objections have been filed. Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS THEREFORE ORDERED that the SAP be **DENIED,** and that Judgment be entered **DISMISSING** this action without prejudice.

Dated:  November 16, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge