**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY JACKSON,<br><br>                Petitioner,<br><br>     v.<br><br>M. FREGOSO, Warden,<br><br>                Respondent. | Case No. 2:19-cv-01873-MWF (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: November 16, 2020

                                              MICHAEL W. FITZGERALD<br>
                                              United States District Judge