UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY JACKSON,<br><br>                        Petitioner,<br><br>         v.<br><br>M. FREGOSO, Warden,<br><br>                        Respondent. | Case No. 2:19-cv-01873-MWF (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Petition ("TAP"), the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that the TAP is **DENIED** and that Judgment be entered **DISMISSING** this action with prejudice.

Dated:  November 30, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge